185 So. 926

**William (alias W. M.) SMITH v. STATE.**

6 Div. 382.

Court of Appeals of Alabama.

Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.

---

189 So. 924

**Charles SORRELL v. CITY OF HUNTSVILLE.**

8 Div. 792.

Court of Appeals of Alabama.

May 18, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

---

180 So. 902

**SOUTHERN COTTON OIL CO. v. S. M. NELSON.**

8 Div. 675.

Court of Appeals of Alabama.

April 19, 1938.

London & Yancey, of Birmingham, for appellant.

Newton B. Powell, of Decatur, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed by agreement.

---

178 So. 926

**Joe SPAKES v. CITY OF MOBILE.**

1 Div. 299.

Court of Appeals of Alabama.

Feb. 8, 1938.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

---

181 So. 925

**Earl SPARKS v. STATE.**

8 Div. 628.

Court of Appeals of Alabama.

May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.

---

186 So. 924

**Foster SPARKS v. STATE.**

7 Div. 433.

Court of Appeals of Alabama.

Jan. 17, 1939.

Chas. Thomason, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.